UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) ) | 2:18-cr-155-LSC-WC |
| DEMETRUS DONYELL PORTER, | ) ) ) | |
| Defendant. | ) | |

MEMORANDUM OF OPINION AND ORDER

The defendant has filed a motion to suppress. (Doc. 33.) The magistrate judge held an evidentiary hearing on the motion and subsequently filed a report and recommendation, recommending that the motion be denied in part and granted in part. (Doc. 44.) The United States objected with respect to the in-part grant. (Doc. 50.)

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, the recommendation is ACCEPTED. Consequently, the motion to suppress (doc. 33) is hereby DENIED IN PART and GRANTED IN PART.

**DONE** AND **ORDERED** ON AUGUST 27, 2018.

                                                  *[signature]*
                                          L. SCOTT COOGLER
                                     UNITED STATES DISTRICT JUDGE

160704