IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
     v.                      )          2:18cr155-MHT
                             )              (WO)
DEMETRUS DONYELL PORTER      )
```

ORDER

It is ORDERED that defendant Demetrus Donyell Porter's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. 100) is denied for the following reasons.

"[A] district court may reduce a term of imprisonment if (1) the [18 U.S.C.] § 3553(a) sentencing factors favor doing so, (2) there are 'extraordinary and compelling reasons' for doing so, and, ... (3) doing so wouldn't endanger any person or the community within the meaning of [United States Sentencing Guidelines] § 1B1.13's policy statement." *United States v. Tinker*, 14 F.4th 1234, 1237 (11th Cir. 2021). The court finds that Porter does not meet the first requirement for a sentence reduction. Considering the large number of guns defendant Porter

illegally possessed at the time of the offense (eight), the applicable § 3553(a) factors do not favor a sentencing reduction. *See* 18 U.S.C. §§ 3553(a)(1) (requiring courts to consider "the nature and circumstances of the offense"), and (a)(2) (requiring courts to consider "the need for the sentence imposed ... (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; [and] (B) to afford adequate deterrence to criminal conduct"). Because the first requirement is not satisfied, the court need not address the other two requirements. *See Tinker*, 14 F.4th at 1238 ("Because at least one of the compassionate-release conditions was not satisfied, it cannot—as either a syntactical or logical matter—have been error for the district court to skip assessment of another condition.").

    DONE, this the 11th day of January, 2024.

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**