**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )         2:18cr155-MHT
                            )             (WO)
DEMETRUS DONYELL PORTER     )
```

**ORDER**

The court having been orally informed that defendant Demetrus Donyell Porter is deceased, it is ORDERED that the status conference set for July 11, 2024, is cancelled.

DONE, this the 3rd day of July, 2024.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**